1

2

3

4

5

6

7

8
                    UNITED STATES DISTRICT COURT
9                  WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA

10   ATLANTIC MUTUAL INSURANCE CO.,

11              Plaintiff,
                                             Case No. C06-5272FDB
12          v.
                                             ORDER REMANDING CAUSE OF
13   AMERICAN ECONOMY INSURANCE CO.;         ACTION TO PIERCE COUNTY
     NATIONAL UNION FIRE INSURANCE CO.       SUPERIOR COURT
14   OF PITTSBURGH, PA.; and AMAZON.COM,
     INC.,
15
                Defendants.
16

17          Defendant National Union timely removed this action for declaratory judgment from Pierce

18   County Superior Court.  The Court having reviewed the Notice of Removal and the associated

19   documents concludes that this matter must be remanded.  National Union asserts that this court has

20   diversity jurisdiction over this case, there being diversity of citizenship between the Plaintiff and

21   Defendants.  There is, however, a major limitation on removal jurisdiction in diversity cases: even if

22   there is complete diversity, removal is allowed only if "none of the parties in interest properly joined

23   and served as defendants is a citizen of the State in which such action is brought."  28 U.S.C. §

24   1441(b); *Spencer v. United States Dist. Ct. For Northern Dist. Of Calif.,* 393 F.3d 867 870 (9th Cir.

25   2004).  A corporation is a citizen both of the state in which it was incorporated and of the state

26   ORDER - 1

1    where it has its principal place of business.  28 U.S.C. § 1332(c).  Actions brought in the courts of

2    either state cannot be removed.  *See Co-Efficient Energy Systems v. CSL Industries, Inc.*, 812 F.2d

3    556, 559 (9th Cir. 1987).  Thus, because Defendant American Economy Insurance and Amazon.com

4    have their principal places of business in Washington, although they are incorporated in Indiana and

5    Delaware, respectively, the no-local-defendant limitation applies precluding removal and mandates

6    that this cause of action be remanded to the Pierce County Superior Court.

7            NOW, THEREFORE, IT IS ORDERED: This cause of action is REMANDED to Pierce

8    County Superior Court when it was removed.

9            DATED this 1st day of June, 2006.

10

11   _____

12   FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2